**Order entered December 2, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01136-CV

## IN THE INTEREST OF BABY BOY J., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-00644-U**

## ORDER

Before the Court is Mother's November 29, 2022 unopposed motion for an extension of time to file her opening brief. We **GRANT** the motion and extend the time to **December 16, 2022**.

Also before the Court is Father's December 1, 2022 unopposed motion for an extension of time to file his opening brief. We **GRANT** the motion and extend the time to **December 19, 2022**.

/s/    ROBBIE PARTIDA-KIPNESS
JUSTICE